# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.   **CV 13-08499-DDP (KK)**                    Date: **November 7, 2014**

Title:  Jose Navarro Alvarez v. Los Angeles Interagency Metropolitan Police
        Apprehension Task Force, et al.

## DOCKET ENTRY

PRESENT:

### HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE

|  Deb Taylor  |  None  |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):          ATTORNEYS PRESENT FOR DEFENDANT(S):
              None                                           None


**PROCEEDINGS:          (IN CHAMBERS)**

The Court having issued a Report and Recommendation that the case be dismissed for failure to prosecute, Defendant DEA and Kelly Webster's motions to dismiss (ECF Docket Nos. 44 and 45) are hereby taken off calendar and deemed MOOT.

Initials of Deputy Clerk          dts

MINUTES FORM 11
CIVIL-GEN