JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE NAVARRO ALVAREZ, | ) | Case No. CV 13-8499-DDP (KK) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| LOS ANGELES INTERAGENCY METROPOLITAN POLICE APPREHENSION TASK FORCE, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's claims are dismissed without prejudice.

Dated: January 26, 2015

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE